Verna Session #57365-066.
FMC Carswell
P.O. Bx 27137
Ft. Worth, TX 76127

SEP 17 2019

Judge Paul S. Diamond
U.S. Court House
601 Market Street
Phila., PA 19106-1761

Honorable Paul S. Diamond,
Dear Sir,

I pray that this letter reaches you in good health & spirits.
Former Judge La Stone Blayer was my judge for this case. The last time I was in his court room, I was made to sign papers stating that I did not want Conditional Release.

I would like to come before you in your court room. It's now been 15 yrs that I've been residing at Carswell.

C.O. Gang member Dave Hawkin has ordered me not to eat meals. Not to eat anything, not even if I purchase commissary or he and his fellow gang members (STAFF) kills my family.

pg. #2

My father Dallas Session + Vaughn Session are here with me. My father also brother has been killed. When I ate the food they serve me. The food that they serve me, as well as population is salas. They've cut off body parts such as their feet & hands and served it to me as fried chicken. They have me housed with my brother, and we have children together.

Inmates, also staff have killed, molested, and mutilated my children. They also have sold them as prostitutes as well as myself.

I am far away from home. I have no friends here. I won the most where I am hated.

Dave Dawkins, and Nurse Yoon have derichhed me of my properties, businesses, and stocks.

Please, help me!

Respectfully Yours

Verna

Name Ms V. Session
Reg. No. 57365-066
Federal Medical Center, Carswell
P.O. Box 27137
Ft. Worth, TX 76127

NORTH TEXAS TX DRPT
DALLAS TX 750
13 SEP 2019 PM 3 1



U.S.M.S. X-RAY

Judge Paul Diamond
601 Market Street
Phila, PA.
— 19106-1761 —

19106-176199